UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

BRADLEY CABRERA and JOSE MOTA,
on behalf of themselves and those
similarly situated,

                Plaintiffs,

                              16 Civ. 9107 (RWS)

  - against -

                              O R D E R

SILVERLINING HOLDING CORP. and
DANIEL POTTER, individually,

                Defendants.
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/17

**Sweet, D.J.**

        Plaintiff's request for a certificate of default shall be treated as a motion and taken on submission on February 2, 2017. All papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**January   , 2017**

                                                ROBERT W. SWEET
                                                   U.S.D.J.