UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

BRADLEY CABRERA and JOSE MOTA,
on behalf of themselves and those
similarly situated,

        Plaintiffs,

- against -

SILVERLINING HOLDING CORP. and
DANIEL POTTER, individually,

        Defendants.

------------------------------------------X



16 Civ. 9107 (RWS)

O R D E R

**Sweet, D.J.**

The related motion having been terminated by filing error, the motion submission date of February 2, 2017 is adjourned.

It is so ordered.

New York, NY
January 20, 2017

                                      ROBERT W. SWEET
                                          U.S.D.J.