UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BRADLEY CABRERA and JOSE MOTA

              Plaintiff(s),

- against -

SILVERLINING HOLDING CORP. and DANIEL POTTER

              Defendant(s),
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/17

16 Civ. 9107 (RWS)

**CLERK'S CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 22, 2016, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) SilverLining Holding Corp. and Daniel Potter by personally serving Nikki Anderson, and proof of service was therefore filed on April 28, 2017, Doc. #(s) 14.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

May 2, 2017

RUBY J. KRAJICK
Clerk of Court

By: _____
     Deputy Clerk