UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

BRADLEY CABRERA and JOSE MOTA,
on behalf of themselves and those
similarly situated,

        Plaintiffs,

- against -

SILVERLINING HOLDING CORP. and
DANIEL POTTER, individually,

        Defendants.

------------------------------------------X

16 Civ. 9107 (RWS)

O R D E R

**Sweet, D.J.**

The letter filed May 31, 2017 regarding counsel for the Defendants' request for admission *pro hac vice* in the above-referenced action shall be treated as a motion and heard at 11:00 AM on Wednesday, June 7, 2017 in Courtroom 18C, 500 Pearl Street, New York, New York.

    It is so ordered.

**New York, NY**
**June 2, 2017**

                                    ROBERT W. SWEET
                                        U.S.D.J.