UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRADLEY CABRERA and JOSE MOTA, | ) |
| Plaintiffs, | ) **Corporate Disclosure Statement** |
| v. | ) |
|  | ) C.A. No. 2016-9107RWS |
| SILVERLINING HOLDING CORP. and | ) |
| DANIEL POTTER, | ) |

NOW COMES Silverlining Holding Corp. ("Silverlining"), defendant in the above-captioned action, and states that:

1.  Silverlining Holding Corp. is not a subsidiary of any other company and that no publicly traded company owns an interest of ten percent (10%) or more of its stock.

SILVERLINING HOLDING CORP.

Respectfully Submitted,

*/s/ Ryan D. Sullivan*
Ryan D. Sullivan (Pro Hac Vice)
rsullivan@sullivan-legal.com
Sullivan Legal, PC
257 Turnpike Road, Suite 240
Southborough, MA 02127
Dated:  July 18, 2017                    (617)-410-6340 (Phone)
(617) 431-1456 (Fax)

## CERTIFICATE OF SERVICE

I, Ryan D. Sullivan, hereby certify that on this 19th day of June, 2017, I caused a true and accurate copy of the foregoing along with the referenced supporting documents to be filed with the Clerk of Court using the CM/ECF System.  I also certify that a true and correct copy of the foregoing and supporting documents was sent to the following individuals via email and first class mail:

Walker G. Harman, Jr.
Edgar M. Rivera
THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
wharman@theharmanlfirm.com
erivera@theharmanfirm.com

*/s/ Ryan D. Sullivan*